UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WISCONSIN
MILWAUKEE DIVISION

| | |
|---|---|
| MARY E. BUSH,<br><br>    Plaintiff,<br><br>v.<br><br>GREEN SQUARE COMPANY, LLC and<br>PLAZA SERVICES, LLC,<br><br>    Defendants. | 2:21-cv-00964-PP |

## PLAINTIFF'S MOTION FOR ENTRY OF DEFAULT

**To the Clerk of the U.S. District Court for the Eastern District of Wisconsin**

Pursuant to Rule 55(a) of the Federal Rules of Civil Procedure, Plaintiff, MARY E. BUSH, requests that the Clerk of this Honorable Court enter the default of Defendant, GREEN SQUARE COMPANY, LLC, for failure to plead or otherwise defend as provided by the Federal Rules of Civil Procedure as appears from the affidavit of Nathan C. Volheim, Esq. attached hereto.

Dated: September 22, 2021

Respectfully submitted,

s/ Nathan C. Volheim
Nathan C. Volheim, Esq. #6302103
*Counsel for Plaintiff*
Sulaiman Law Group, Ltd.
2500 South Highland Avenue, Suite 200
Lombard, Illinois 60148
(630) 568-3056 (phone)
(630) 575-8188 (fax)
nvolheim@sulaimanlaw.com

# CERTIFICATE OF SERVICE

The undersigned, one of the attorneys for Plaintiff, certifies that on September 22, 2021, he caused a copy of the foregoing PLAINTIFF'S MOTION FOR ENTRY OF DEFAULT, to be served by U.S. Priority mail, postage prepaid to:

Green Square Company, LLC
225 Great Arrow Drive, Suite 201
Buffalo, New York 14207

Green Square Company, LLC
C/o Registered Agent
Peltan Law, PLLC
128 Church Street
East Aurora, New York 14052

Plaza Services, LLC
110 Hammond Drive, Suite 110,
Atlanta, Georgia, 30328

Respectfully submitted,

s/ Nathan C. Volheim
Nathan C. Volheim, Esq. #6302103