# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF WISCONSIN
# MILWAUKEE DIVISION

| | |
|---|---|
| MARY E. BUSH,<br><br>　　　Plaintiff,<br><br>v.<br><br>GREEN SQUARE COMPANY, LLC and<br>PLAZA SERVICES, LLC,<br><br>　　　Defendants. | 2:21-cv-00964-PP |

## AFFIDAVIT FOR ENTRY OF DEFAULT

STATE OF ILLINOIS

COUNTY OF COOK

I, Nathan C. Volheim, being duly sworn, state as follows:

1. I am one of the attorneys for Plaintiff, Mary E. Bush, in the case captioned above.

2. On August 31, 2021, Michael Hadden, a process server, served Green Square Company, LLC ("Defendant") Registered Agent, with a copy of Summons and Complaint. [Dkt No. 6].

3. To date, Defendant has not filed any responsive pleadings to Plaintiff's Complaint nor sought an extension.

4. Defendant's deadline to file a responsive pleading to Plaintiff's Complaint has expired.

5. To the best of my knowledge, Defendant is not an infant, not in the military and not an incompetent person.

　　　　　　　　　　　　　　　　　　*/s/ Nathan C. Volheim*
　　　　　　　　　　　　　　　　　　Nathan C. Volheim, *Esq.*
　　　　　　　　　　　　　　　　　　*Counsel for Plaintiff*

1