UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WISCONSIN
MILWAUKEE DIVISION

MARY E. BUSH,

    Plaintiff,

v.

GREEN SQUARE COMPANY, LLC and
PLAZA SERVICES, LLC,

    Defendants.

2:21-cv-00964-PP

## PROPOSED ORDER

The records reflect that service of the complaint has been made upon the Defendant, Green Square Company, LLC. It appears from the record that service of the complaint has been made on August 31, 2021, that the Defendant has failed to answer or otherwise defend as directed within the time allowed, and the Plaintiff has shown that failure through affidavit or otherwise.

Therefore, upon Plaintiff's request, DEFAULT is entered against Defendant, Green Square Company, LLC.

_____
Clerk of the Court

1